# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

Inmate Identification Number: AIS# 185533

Leon Tucker (and all others Similarly Situated)(Nation of Islam Religious Study Group)

(Enter above the full name(s) of the plaintiff(s)
in this action)

CV-04-CO-3187-W

It is your responsibility to notify the clerk in writing of any address change. Failure to notify the clerk may result in dismissal of your case without further notice.

vs.

Donal Campbell, Cheryl Price, DeWayne Estes, Roy E. Smith, (all in their Individual and in their Official Capacity)
et. al

(Enter above full name(s) of the defendant(s)
in this action)

I.   **Previous lawsuits**

A.   Have you begun other lawsuits in state or federal court(s) dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( )         No (✕)

B.   If your answer to (A) is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuit(s) on another piece of paper, using the same outline.)

1.   Parties to this previous lawsuit:

Plaintiff(s):   _____ N/A _____

Defendant(s): _____

_____

2.   Court (if Federal Court, name the district; if State Court, name the county)

N/A

3.   Docket number _____ N/A _____

4.   Name of judge to whom case was assigned _____ N/A _____

5.   Disposition (for example: Was the case dismissed?   Was it appealed?   Is it still pending?) _____

N/A

6.   Approximate date of filing lawsuit _____ N/A _____

7.   Approximate date of disposition _____ N/A _____

II.   Place of present confinement   Bibb County Correctional Facility

A.   Is there a prisoner grievance procedure in this institution?
Yes   (   )          No   ( >< )

B.   Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes   (   )          No   ( >< ) *NOTE :

C.   If your answer is YES:

*   1.   What steps did you take?   Our Religious Study Group, the Nation of Islam, sub-
mitted several written Complaints to the Warden, Commissioner and General Counsel.

2.   What was the result?   We received NO Response from the Warden nor from
the Commissioner, only the General Counsel Responded (___ ___ .

D.   If your answer is NO, explain why not?   N/A

_____

_____

_____

2

**I.** **Parties**

In item (A) below, place your name(s) in the first blank and place your present address in the second blank.  Do the same for additional plaintiffs, if any.

**A.** Name of plaintiff(s) Leon Tucker, AIS# 185533, (And All Others
Similarly Situated)

Address Bibb County Correctional Facility, 565 Bibb Lane
Brent, Alabama 35034

In item (B) below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use item (C) for the names, positions, and places of employment of any additional defendants.

**B.** Defendant Donal Campbell

is employed as Commissioner of Alabama Department of Corrections

at The Alabama Criminal Justice Center, 301 S. Ripley, Montgomery, AL

**C.** Additional Defendants Cheryl Price is employed as Warden III at Bibb
Correctional Facility; DeWayne Estes is employed as Warden II at Bibb
Correctional Facility; And Roy E. Smith is employed as the "Non-
denominational" Chaplain at Bibb Correctional Facility.

**V.** **Statement of Claim**

State here, as briefly as possible, the FACTS of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  <u>Do not give any legal arguments or cite any cases or statutes.</u>  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Use as much space as you need.  Attach extra sheets, if necessary.

See Attached Sheets (Pages 1-13)

3

_____
_____
_____
_____
_____
_____

**V.    RELIEF**

State briefly __exactly__ what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

   See Attached Sheets (Pages 14A, 14B, 14c)

_____
_____
_____
_____
_____

"I declare under penalty of perjury that the foregoing is true and correct.

Executed on __Nov. 8th 2004__.

              Sean Stuckey #185533
              _____
              _____
              _____
              _____
                        Signature(s)

4

GROUNDS OF ALLEGED CONSTITUTIONAL RIGHTS VIOLATIONS

GROUND ONE

VIOLATION OF THE FIRST ADMENDMENT - - DENIAL OF THE FREEDOM

TO  WORSHIP  GOD

Donal Campbell (and all other named defendants) have **DENIED** me,
the Plaintiff, and all others similarly situated (Nation Of Islam
Religious Study Group), at Bibb, the Freedom To Worship God and
properly practice my (Our) Religious beliefs, rituals and tradi-
tions.  Donal Campbell, as Commissioner of Alabama Department of
Corrections, allowed these violations to exist and continue even
after he was made aware of the violations occurring.  Warden
Cheryl Price, Warden DeWayne Estes and Chaplain Roy E. Smith, all,
intentionally and continiously DENIED me, the Plaintiff, and all
others similarily situated (Nation of Islam Religious Study Group)
the Right to peacefully assemble for Prayer; Ministry and Study
Classes; Watch cassette video's of our Spiritual Leader, the
Honorable Minister Louis Farrakhan and I, and (Nation of Islam
Religious Group) was DENIED to meet with and receive Spiritual
Counseling from Minister James Muhammad, who is the designated
Alabama Prison Reform Minister for the Nation of Islam, appointed
by Minister Farrakhan, who travels to almost all other Alabama
state prison facilities meeting the spiritual needs and welfare
of Muslims, specifically members of the Nation of Islam.  Warden
Price, Warden Estes and Chaplain Smith has DENIED  Minister James
Muhammad from coming to Bibb, yet Minister James Muhammad is
permitted, by the Prison Commissioner Donal Campbell, to come
to all the other prison facilities that he visits.  By DENYING
this Minister to come and counsel and provide spiritual enlight-

(GROUND  ONE  CONTINUES)

MENT TO ME AND ALL THOSE SIMILARILY SITUATED IS A DIRECT VIO-

LATION OF MY FIRST ADMENDMENT RIGHT.  THE DENIAL OF MY FREEDOM

TO WORSHIP GOD, IN A PROPER AND EFFECIENT MANNER, BY THE  ERRONEOUS

PRACTICES AND ACTIONS DEMONSTRATED BY THE DEFENDANTS, HAVE DAMAGED

ME TREMENDOUSLY AND HAS CAUSED ME DEPRESSION AND DISCOURAGEMENT.

FURTHERMORE, THE ACTIONS OF THE DEFENDANTS HAVE DENIED ME ADE-

QUATE SPIRITUAL SUPPORT AND SPIRITUAL COUNSELING,.  THESE DENIALS

HAVE CAUSED THERE TO BECOME A TREMENDOUS GAP BETWEEN ME AND MY

SPIRITUAL LEADER, THE HONORABLE MINISTER LOUIS FARRAKHAN - - -

BECAUSE I AM NO LONGER ABLE TO STAY ABREAST AND CONNECTED TO HIS

SPIRITUAL MESSAGE AND HIS SPIRITUAL GUIDANCE AND INFORMATION,

DUE TO THE FACT THAT I, AND OTHERS SIMILARILY SITUATED (NOI STUDY

GROUP) CAN NOT VIEW THE VIDEO CASSETTE TAPES, NOR CAN WE HAVE

VISITS  FROM HIS DESIGNATED PRISON REFORM MINISTER.  THEREFORE,

I HAVE SUFFERED FROM THEIR BLATANT MISCONDUCT AND I CONTINUE TO

SUFFER IMMENSELY.

ii

5.  The (6) classrooms in dormitory (A), the (6) classrooms in dor-
motory (B), and the (6) classrooms in dormitory (E) are <u>not</u> used
for any Structured or Educational purposes for the inmates assigned
to these dorms.  In fact, these total of (18) classrooms were recent-
ly labeled "RESTRICTED" and "CLOSED" by Warden Cheryl Price.
These (18) classrooms as well as the other (18) classrooms in the
Structured dorms are <u>all</u> surrounded with glass that provides a
"clear view" for the Cubicle Security Officer to see inside each
classroom.  Warden Price ordered these (18) classrooms "restricted
and closed" in July 2004.  <u>However</u> Warden Price allowed the (18)
classrooms in the other (3) dorms to  "remain open" and accessible
to the inmates that are housed in those (3) dorms.  Prior to the
closing of these (18) classrooms, the rooms were used, by the in-
mates that live there, for individual studies, recreational pur-
poses (chess, checkers, ect), prayer, and for laundry issue.
6.  (F) Dorm is the Faith (Religious) Initiative Base Dorm.  "Chri-
stian" religious study groups, ministry classes, prayer, and many
other religious and faith oriented sessions are conducted in this
dorm and in the (6) classrooms that are located in this dorm.  How-
ever, <u>only</u> the inmates that are housed in (F) Dorm (approximately
300) are allowed to participate in the Religious activities.  Chaplain
Smith has total discreation as to who is assigned to the Faith dorm
and he very unfairly sets his own criteria - - - even though the
Department of Corrections Standar Operating Procedure  (SOP) Manuel
provides  the guidelines for the operation/assignment of this Faith
dorm.  The (SOP) requires that an inmate must be at the facility
(90) days and must have  a (90) day  disciplinary/behavior citation

2

"free" record, with no infractions. But Chaplain Smith overtly
and blatanly discriminates in his selective treatment in his
supervision of these procedures. We have names, dates, and infrac-
tion occurrences that will prove our allegations. Also, only
Christian associated faith groups are allowed to conduct studies
and meetings in the (6) classrooms in (F Dorm). Other religious
groups, throughout the facility, are either forced to find a place
outside on the lawn to worship (as we the Nation of Islam did) for
many months. Or the religious group may be provided "limited" time
in the Chapel. Still, the Nation of Islam (NOI) Study Group has
and continues to be DENIED the Right to properly worship God and
adequately practice our Religion - - - unlike all other Christian
Religious groups are afforded.
7. Warden Price, Deputy Warden Estes and Chaplain Smith have in-
tentionally and collectively concocted, planned and conspired in
denying the Nation of Islam accessibility to the Chapel to worship
and to conduct our religious study classes and ministry classes in
an appropriate fashion. This Constitutional Right of Freedom of
Religion is allotted to all Christian faiths at Bibb, including
the Jehovah Witnesses, Cathollics, ect., (PLEASE SEE EXHIBIT __A__
the April 2004 BIBB CHAPEL CALENDAR) which clearly proves that the
(NOI) Study Group is not recognized nor are we treated as a Re-
ligious group. In fact, when Nation of Islam members Leonardo
Robinson AIS# 166512 and Anthony Burton AIS# 136983, on or near
         2004, stopped Warden Price on the sidewalk and questioned
her about the Nation of Islam being treated in a discriminative
and unfair manner as other religious groups - - - Warden Price

3

emphatically stated to us; (QUOTE) "The Nation of Islam is not a Religious  group, and you all do not have a program  at Bibb" (UNQUOTE).  Furthermore, Warden Price went on to tell us that we the Nation of Islam Would not be granted permission to watch video's of our Spiritual Leader, Honorable Minister Louis Farrakhan, nor could we (NOI) invite any "free-world" guests to Bibb.  The Nation of Islam had written a letter to Alabama Senator Hank Sanders (D-Selma) inviting him to come to Bibb to speak.  Also, the (NOI) sent a copy of this same letter to Prison Commissioner Donal Campbell and Governor Bob Riley.   Warden Price stated to us (Robinson & Burton) that <u>she</u> did not recognize the Nation of Islam as a Religious group, <u>however</u>, <u>all</u> Alabama Department of Corrections Administrative Regulations, (ADOC) Standard Operating Procudures, the Alabama Attorney General, the U.S. Attorney General, the Alabama State Courts and the U.S. Federal ^(courts) recognize the Nation of Islam as a religious group. She is, In a very  discriminative and capricious manner,   "deliberately disregarding and ignoring" the (NOI) as a Religious group.  Warden Price was openly violated our (members of the NOI) Freedom to worship God and she has denied us the <u>same</u> Right she has afforded the Christian groups at Bibb — — — the freedom to worship, practice and <u>an</u> <u>acessible</u> <u>place</u> <u>to</u> <u>worship</u>. We contend ^(Warden Price) has very unfairly allowed her "personal" opinion to interfere with her ^(professional) enforcement of the Department of Corrections guidelines and she (Warden Price) has acted in defiance of State and Federal Court rulings which have cleared the way for the Nation of Islam to function as a religious group, just as other Christian groups.

4

Warden Price <u>must</u> be able to "seperate" her personal perspectives
of the Nation of Islam and must properly and fairly ensure that
<u>every</u> religious group, under hER supervision, is afforded an
"equal and fair" opportunity to practice their religion, worship
God and she must ensure that each of these religious groups are
provided an "accessible place to worship" - - be it the Chapel
or be it in the Multi-purpose Room. Due to the fact that the
Senior official at Bibb (Warden Price) has openly discriminated
and violated the Rights of the Nation of Islam - - - this very
same un-fair practice is being repeated and carried out by Warden
Price subordinates (Deputy Warden Estes and Chaplain Smith).

8. <u>It</u> <u>must</u> <u>be</u> <u>noted</u>, the Nation of Islam Study Group, at Bibb,
has <u>NEVER</u> been involved in <u>any</u> form of negative activities/inci-
dents at Bibb, <u>never</u>! This fact has been confirmed by Captain F.
Freeman, in September 2004, when we (Tucker, Robinson and
Burton) spoke to the head of Security at Bibb (Captain Freeman)
regarding the (NOI) being discriminated against and being denied
the Right to properly worship God and practice our religion.

9. The (NOI) Study Group, at Bibb, has in-good-faith repeatedly,
since December 2003, attempted to get the prison Administration,
at Bibb, to provide us (NOI) ample and adequate time in the Chapel
or accessibility to any designated place to worship God, pray,
conduct our required study classes and ministry classes. Further-
more, the (NOI) has "repeatedly" asked Commissioner Donal Campbell
and Corrections General Counsel Charles M. Crook to intervene and
<u>GRANT</u> us the Right to exercise our First Admendment Right to
Freedom of Religion, our Fourtheen Admendment Right to Equal
Protection from Discrimination and our Right to practice our (NOI)
religion - - as is afforded at <u>every</u> other Alabama prison.

5

We (NOI) have written repeated letters, since December 2003, to Department of Corrections Senior officials in an humble attempt to have this *discriminATioN* looked into and corrected. (PLEASE SEE EXHIBITS _B, C AND D_ ).

10. The (NOI) have repeatedly requested to Warden Price, Warden Estes and Chaplain Smith to be allowed to watch "video-cassette" tapes of our Spiritual Leader, the Honorable Minister Louis Farrakhan. But this request has been consistently Denied. However, Christian cassettees are "played everyday in the Chapel". Also, other video-cassettee tapes are shown everyday in the Crime Bill Class and Substance Abuse Programs, the Long Distance Dads Program and cassettee-video's are shown daily to the General Population. (PLEASE SEE EXHIBITS _E, F AND G_ )

The (NOI) has requested to view cassette tapes of Minister Farrakhan in the Chapel only, and that Request "continues" to be DENIED by the Administration at Bibb.

11. In July 2004, after repeated letters to General Counsel Charles Crook, the (NOI) Study Group was finally placed on the Bibb Chapel Calendar of Events. (SEE EXHIBIT _H_ )

The (NOI) was given (1) hour each Friday from 1-2 PM and (2) hours on the 3rd Wednesday of each month from 5:30-7:30 PM.

12. The (NOI) use the (1) hour each Friday for Jumah Prayer Services and we use the (2) hour time period on the 3rd Wednesday of each month to allow the Nation of Islam Minister, from Birmingham, to visit us (Maurice Muhammad). The Warden and Chaplain have refused to provide us with any additionaal

6

time to adequately practice our Faith, as they so openly and
conveniently provide to the Christian religious groups.  Chris-
tian services are conducted at least (2) hours each day and are
allowed at least _40_ hours per month to worship, as opposed to
the (NOI) (6) hours per month - - - which (4) of the hours are
used for Prayer on Fridays and the other (2) hours are utilized
for our "free-world" Sponsoß.  No other time is permitted  for
us to conduct  our Faith and practices.

13.  Warden Price and Chaplain Smith have adamantly Denied the
(NOI) to watch videos' of Minister Farrakhan.  On or near August
10, 2004, Chaplain very briefly stated to (NOI) members that  we
(NOI) "still were not  allowed to watch videos", and he (Chaplain
Smith) further stated that if permission was ever granted  for us
to view videos - - - (QUOTE) "You all (NOI) must have your Spon-
sor get ya'll a television and he must get ya'll a video cassettee
player"(UNQUOTE).  Chaplain Smith went on to say that if     the
(NOI) did receive any of this equipment (TV, VCR), the equipment
would be donated to the Chapel for all other religious groups use.
The (NOI) does not have a problem sharing  with any Religious group.
However, each time the (NOI) requested to Chaplain Smith for us
to use the Public Address System & Microphones when our Sponsor,
Minister Maurice Muhammad comes - - - the Chaplain emphatically
DENIES the (NOI) use of this equipment.  Chaplain Smith stated
that this equipment (PA System & Microphones) is  for the CHRIS-
TIANS USE ONLY.  If this is not open discrimination, what is ?
These are the "double standards" that are routinely practiced here.

7

14. Furthermore, Chaplain Smith refuses to Counsel the (NOI), he refuses to assist us with any of our Request. Chaplain Smith has repeatedly Denied to call our Sponsor for us, even when our Sponsor was scheduled to come on September 15th, the day prior to Hurrican Ivans arrival. Chaplain Smith openly stated that he does not ever intend to assist or aid us (NOI) in anything. Chaplain response was (QUOTE) "You guys are smart enough to get everything you need without me" (UNQUOTE). Chaplain Smith has Denied us access to the Chapel, he has denied providing us ample time to practice and worship our Faith; he has denied to aid us in getting Ministry Manuels/Materials, Prayer Rugs, Oils. Chaplain Smith has repeatedly dened to meet with (NOI) regarding our issues as well as our religious concerns. Chaplain Smith stated that (QUOTE) "we (Chaplain Smith & NOI) have nothing to talk about" (UNQUOTE). When the (NOI) requested Chaplain Smith to aid and assist us in our efforts to coordinate our Id Religious Feast and its activities, Chaplain Smith admantly refused. Chaplain Smith stated that he would not pick up any food from any DeliResturant for us even if we paid for it. He said he was not going to aid us in preparing for our yearly Ramadhan Fast activities. When any changes in our services or if our Sponsor (Maurice Muhammad) from Birminghar calls the Chaplain and ask the Chaplain to give us a important message - - - CHAPLAIN HAS NEVER PROVIDED ANY OF US WITH THE INFORMATION FROM OUR SPONSOR".

The Department of Corrections Administrative Regulation states that each institutional Chaplain is a **"NON-DENOMINATIONAL"** Chaplain and shall treat all religious groups equally and fairly. Chaplain Smith has openly and repeatedly "ignored and disregarded" this code of conduct and job responsibility.

The Nation of Islam (NOI) nor any of our members were informed
of any details surrounding the procedures and responsibilities
regarding the Month of Ramadahn (Fasting) that all Muslims and
Islamic faith members participate in yearly.  There are certain
guidelines that we, as inmates must follow during this period - -
such as wake-up times, assembly in the Chapel for morning and even-
ing prayers.  NONE of the provisions were provided to us by Chap-
lain Smith.  The official list of inmates that were  approved to
participate in the Ramadahn Fast was NEVER  provided to any mem-
ber of the Nation of Islam.  Members of the Nation of Islam did
not see the approved list until the evening in which the Fast had
started, and then the Memo was in the possession of the Sunnah
Islamic Community.  Furthermore, members of the (NOI) were  DENIED
the Right to go to the Chapel and pray and read the Holy Quran a-
fter breakfast.  Only members of the Sunnah Islamic Community was
extended this Right.  Chaplain out-right discriminates against
our religious  group (NOI) and his Supervisors, Warden Estes, War-
den Price has "consistently allowed this un-fair and overt Civil
Civil Rights violation to exist".

15.  Exhibit   _I_   clearly proves that no  member of the (NOI)
was permitted, by Chaplain Smith, to return to the Chapel to
pray and read the Holy Quran  after breakfast - - which is apart
of the Spiritual Observance and completeness of the Fast require-
ments.  (SEE EXHIBIT  _I_  )


16.  The Christian Religious groups all participate in their
Kiaros Celebration which takes place (four) times a year.

9

The Kiaros Celebration and activities take place in the Chapel
when numerous Christian members, from society, come into the
institution and fellow-ship with the inmates.  Chaplain Smith
goes out of his way to ensure that each of these Kiaros events
are a success and he (Smith) directly supports it -- because
it is Christian oriented.  But this very same, supposively "non-
denominational" ChaplaiN, totally refuses to assist members of
the Islamic faiths in any way.  Very recently, the Islamic Group
Moorish Science Temple of America also had to file numerous
Civil Rights Complaints on this very same Chaplain.  Yet, still,
this Chaplain is allowed to "continue his deliberate acts of
discrimination and denial of Civil Rights to the inmates."
The (NOI) is submitting this Civil Rights Complaint because
all our attempts to get Warden Price to end these open acts
of discrimination have failed - - now our only hope is that
these fundamental Rights and Principles be upheld by this Honor-
able Court.

17.

On every Friday and oN the 3rd Wednesday of each month - - only
selected inmates can attend our Religious  Services in the Chapel.
One week, inmates from Dorms A,B, and C (East Side) can attend; the
next week, inmates from Dorms D,E and F (West Side) can attend
Services.  MEMBERS OF THE (NOI) ARE PERMITTED ONLY (2) TIMES PER
MONTH TO WORSHIP BECAUSE SERVICES ARE ONLY PERMITTED FOR EAST SIDE
INMATES THIS WEEK AND WEST SIDE INMATES NEXT WEEK - - - WHY CAN'T
WE ASSEMBLE AND WORSHIP GOD EVERY FRIDAY AS THE CHRISTIANS ARE
ARE PERMITTED TO DO EACH SUNDAY AND EACH TIME THEY WORSHIP, Almost daily?
THIS EAST SIDE - WEST SIDE RULE IS SUPPOSE TO APPLY TO ALL INMATES

at Bibb, however it is only enforced with the (NOI).  This
act of discrimination is originated by, created by and sup-
ported by Chaplain Smith personally.

18.  Chaplain Smith has NEVER  issued our Religious group (NOI)
a "CHAPEL SIGN-IN ROOSTER" nor  has he ever taken an  "attendance
Sign-In Roosster" from us.  In fact, this Chaplain has no record of who
nor how many people attend Religious services in the Bibb Chapel.
Maintaining accurate "attendance rosters" is a standard and man-
datory requirement for all institutional Chaplains.  Chaplain Smith
has not and does not provide Counseling, support, involvement,
nor any other type of inter-action with the (NOI) Study Group
at Bibb.  Our Religious group has been forced to function totally
on our own without  any assistance from the Chaplain that is
employed by the State of Alabama to serve all inmates, not just
selected Religious groups.

19.  On Friday, September 24, 2004, only (NOI) from  the     Side
were allowed to attend our services from 1-2 PM.  However, on
Sunday September 26, 2004, for Christian Services in the Chapel,
from 5:30 PM - 7:30 PM, (91) inmates were allowed to attend from
the West Side and (104) inmates from the East Side were allowed
to attend these Christian services.  (NOI) Study Group Secre-
tary Leonardo Robinson, AIS# 166512 and (NOI) member Anthony
Burton, AIS# 136983  witnessed and counted each inmate as they
passed through the Cordiar enroute to the Chapel.  This is the Routine And
the normal acts of discrimination that is permitted, allowed
and encouraged by Chaplain Smith, Warden Estes and Warden Price.
We, (NOI) believe these are a direct violation of our Consti-
tutional and Civil Rights.

20.   The (NOI) Services have been "routinely cancelled" by
prison officials without any prior          notification
to us (NOI), nor with any prior notice to our Religious Spon-
sor that travels from Bessemer, Alabama. On August 25, 2004
(NOI) Services were cancelled; and on August 27, 2004, (NOI)
Services were cancelled. On both these dates no prior notifi-
cation was given to us and we were only informed when we at-
tempted to go to the Chapel. Chapel Smith did not inform us
that our Services were being cancelled. These acts of cancella-
tion were not due to any security reason. Also, such acts of
"cancellation" has occurred regarding the (NOI) Services on
several ocassions.

21.   The Federal Courts, the State Courts as well as the Alabama
Department of Corrections Administrative Regulations "clearly
establishes the Rights for the Nation of Islam (NOI) to pro-
perly and adequately practice their Religious faith" and carry
out their function and activities as a Religious group. The
prison system has a "Standard Guideline" that details and out-
lines these acts to be practiced. However, Chaplain Smith,
Warden Estes and Warden Price refuses to allow the (NOI) to
full-fil our religious observances and committments.
The (NOI) here at Bibb continues to be DENIED to watch video
cassette tapes of our Spirtual leader, Minister Louis Farra-
khan and we ARE not permitted ample time to engage in our
Ministry/Study classes and we are also denied accessibility to
a place to watch video's, study or meet.

12

Access and freedon to adequately practice our religion and
worship God is <u>not</u> an option for prison officials to consider
or ponder, but it is  a responsibility that they are to afford
us.   Warden Price, Warden Estes and Chaplain Smith has and con-
tinues to ignore and disregard the Constitutional Rights we
(NOI) are afforded by the Constitution.      Denying us the
Right to worship God, and adequately            and properly prac-
tice our religious faith and denying us accessibility to a place
to carry out these religious functions are not only an open and
direct violation of  their job responsibilities, but it is
also an open and direct defiance of the State and Federal Laws.
22.    Numerous of letter and Request have been forwarded to Warden
Price requesting that she meet with us, (NOI) in an humble and
good-faith effort, to resolve these very serious fundamental
issues.  However, <u>all</u> OUR Requests and efforts have been <u>to</u> <u>no</u>
<u>avail</u>!  Several of the letters we forwarded to the Prison Commis-
sioner and the Department of Corrections General Counsel (Charles
M. Crook) in an attempt to correct what we (NOI) believe to be
First Amendment and Fourteenth Amendment violations - - - denying
us the Freedom to Worship God and denying us Equal Protection
Against Discrimination - - have been useless - - - the discrimi-
nation and bias and un-fair treatment continues.

13

## VI.   RELIEF

(STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU)


DUE TO THE "CONTINUED AND OVERT DISCRIMINATION, HARASSMENT AND UNDUE BIASED TREATMENT RENDERED AGAINST MYSELF, THE PLAINTIFF, AND ALL OTHERS SIMILARILY SITUATED (NOI RELIGIOUS STUDY GROUP), AT BIBB CORRECTIONAL FACILITY, BY THE ADMINISTRATION", I, THE PLAINTIFF, HUMBLY REQUEST THAT THIS HONOR COURT  ORDER THE FOLLOWING ACTIONS AND MEASURES:

O R D E R:

(A)    IMMEDIATE CHANGES THAT ENDS DISCRIMINATION AND PROVIDES "EQUAL PROTECTION/TREATMENT TO ALL RELIGIOUS FAITHS";

(B)    ADDITIONAL TIME BE GIVEN TO THE (NOI RELIGIOUS STUDY GROUP) FOR  ITS MINISTRY AND STUDY CLASSES THAT ARE COMPATABLE WITH THE TIME GIVEN TO CHRISTIAN RELIGIOUS GROUPS;

(c)    PERMISSION AND ACCESSIBILITY (A PLACE) FOR THE (NOI) TO VIEW AND WATCH VIDEO CASSETTE TAPES OF OUR SPIRITUAL LEADER, THE HONORABLE MINISTER LOUIS FARRAKHAN;

(d)    THAT THE (NOI) BE ALLOWED TO CELEBRATE ITS HOLY DAY (SAVIOURS' DAY) FEBRUARY 26TH OF EACH YEAR WITH A RE-TREAT/FEAST - - JUST AS THE CHRISTIANS ARE PERMITTED THE PRIVIDLEDGE OF (4) KIAROS RETREAT'S ANNUALLY;

(e)    THAT THE (NOI) BE ALLOWED TO ORDER HOLY QURAN'S, PRAYER RUGS AND PRAYER OILS UPON REQUEST - - NOT BEING FORCED TO WAIT EVERY (3-6) MONTHS TO ORDER THESE HOLY ITEMS;

14 (A)

(f)     REMOVE CHAPLAIN ROY E. SMITH FROM HIS PRESENT POSITION,
        AS CHAPLAIN, DUE TO HIS OPENLY AND CONTINOUSLY VIOLATING
        THE RIGHTS OF MYSELF AND OTHERS SIMILARILY SITUATED (NOI)--
        CHAPLAIN SMITH HAS A LONG HISTORY OF NOT BEING A FAIR
        AND "NON-DENOMINATIONAL" CHAPLAIN, WHICH THE REGULATIONS
        REQUIRE AND DEMAND - - BUT CHAPLAIN IS VERY "ANTI-ISLAMIC";

(g)     THE (NOI) PRISON REFORM MINISTER JAMES MUHAMMAD BE "RE-
        INSTATED" WITH HIS PRIVILEDGE TO RETURN TO BIBB CORREC-
        TIONAL FACILITY AS OUR RELIGIOUS SPONSOR AND REPRESEN-
        TATIVE - -    HE HAS BEEN DENIED THIS PRIVILEDGE BASED
        UPON UNFAIR, UNJUST, HEAR-SAY AND WRONGFUL  ACTIONS IM-
        PLEMENTED IN A DISCRIMINATE FASHION, BY WARDEN PRICE
        AND CHAPLAIN SMITH:  PLEASE NOTE, MINISTER JAMES
        MUHAMMAD IS PERMITTED, BY PRISON COMMISSIONER DONAL
        CAMPBELL, AND ALLOWED TO VISIT EVERY  OTHER (NOI)
        STUDY GROUP AT EVERY  OTHER ALABAMA PRISON;

(h)     THE ALABAMA DEPARTMENT OF CORRECTIONS TO "HIRE AND
        EMPLOY" AT LEAST ONE (1) CHAPLAIN OF THE ISLAMIC
        FAITH SO THAT  ALL  RELIGIOUS FAITH'S WILL BE PROPERLY
        REPRESENTED AND UNDERSTOOD IN A SYSTEM THAT HAS OVER
        28,000 INMATES AND A SYSTEM THAT HAS AT LEAST (15-20)
        CHRISTIAN CHAPLAINS - - - THERE ARE NO ISLAMIC CHAPLAINS;

14(b)

(i)     AN "INMATE MUSLIM CLERK" (RUNNER) BE ASSIGNED TO THE
        BIBB  CHAPEL ALONG WITH THE APPROXIMATE (6) CHRISTIAN
        CLERKS (RUNNERS) THAT ARE PRESENTLY ASSIGNED TO THE
        CHAPEL - - WE DESIRE EQUAL REPRESENTATION: BY ADDING
        AT LEAST ONE (1) MUSLIM CLERK;

(j)     REPRIMAND AND DEMOTE, IN PAY GRADE AND POSITION,
        WARDEN CHERYL PRICE AND WARDEN DEWAYNE ESTES FOR AL-
        LOWING, PERMITTING AND BEING AN ACTIVE AGENT IN THESE
        OVERT VIOLATIONS; AND

(k)     PUNITIVE DAMAGES OF  ONE HUNDRED THOUSAND DOLLARS
        ($ 100,000.00)  FROM  EACH  DEFENDANT.

14(c)

DONE THIS   8th   DAY OF NOVEMBER   2004.

Respectfully Submitted:

Leon Tucker
LEON   TUCKER, PLAINTIFF, PRO SE


LEON   TUCKER, AIS# 185533
BIBB CORRECTIONAL FACILITY
565   BIBB   LANE
BRENT, AL   35034

15

CERTIFICATE OF SERVICE

I Certify that I have mailed a Copy of this Legal Document, by placing in the U.S. Mail, at Bibb Correctional Facility, postage pre-paid, to the Honorable Clerk of the Court for the Northern District of Alabama, on this __8th__ Day of November 2004.

Leon Tucker #185533

Leon Tucker, AIS# 185533
Plaintiff, PRO SE

UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
HUGO BLACK U.S. COURTHOUSE
1729  5th  AVENUE NORTH
BIRMINGHAM, AL   35203-2040

16

# April Chapel Services 2004

**Happy Easter**

(NOI) NOT LISTED

*EXHIBIT A*

December 7, 2003


MEMORANDUM OF COMPLAINT


TO:        HONORABLE GREG LOVELACE, DEPUTY COMMISSIONER
           ALABAMA DEPARTMENT OF CORRECTIONS

FROM:      NATION OF ISLAM (RELIGIOUS GROUP)
           BIB COUNTY CORRECTIONAL FACILITY

SUBJ:      RELIGIOUS DISCRIMINATION COMPLAINT AGAINST:
           CHAPLAIN ROY SMITH AND WARDEN CHERYL PRICE


        Commissioner Lovelace:

This Memorandum of Complaint, presented on behalf of the Nation of Islam (NOI),
is to inform you that our Religious Group is not being allowed to appropriately
worship, practice or observe our Religious Rights, here, at Bibb County Correc-
tional Facility.   This Complaint is based upon discriminate and bias acts
and, also, the unfair treatment (tactics and restraints) that are being overtly,
blatantly and, moreso, "illegally" mounted against us by the institutional Cha-
plain, Roy Smith. Furthermore, these unfair measures and violations are be-
ing wrongfully and unlawfully allowed and condoned by Warden Cheryl Price.

It is well documented and established that our Right to worship and appropriate-
ly practice our Religion, through the acknowledgement of God, is a "freedom"
that is guaranteed in the U.S. Constitution and by State and Federal Courts
alike. But, also, this Right is very vividly documented and authorized in the
Alabama Department of Corrections ADMINISTRATIVE REGULATIONS. However, and very
unfortunately, this Right of Religious Freedom is not being afforded to the
Nation of Islam (NOI) at this facility and through this Memorandum of Com-
plaint - - - we adamantly object!

The Nation of Islam (NOI), here, at Bibb County Correctional Facility is forc-
ed, based upon non-support or assistance from prison authorities; to conduct
our worship services, ministry classes and religious dialogues outsid, if the
outside yard is open and weather permits; or we do not have 'any' services
at all, because we have 'no access or space' that is properly provided to us
by Chaplain Roy Smith or Warden Cheryl Price! Such improper actions, by prison
officials, is a major violation of the law and an out-right derelection of
their duty and, therefore, should merit serious consequences!

Our Religious Group, the Nation of Islam, is being denied  Rights, accomoda-
tions, accessories, benefits and recognition - - - entities that are rendered
to and afforded to "every" other Religious Group here. Also, we have a

*EXHIBIT  B*

f) * ( THE NOI REQUEST TO HAVE ACCESS TO THE CHAPEL AUDIO
EQUIPMENT − − − JUST AS EVERY OTHER RELIGIOUS GROUP IS PERMITTED ACCESS
TO THIS EQUIPMENT.

In conclusion, Department of Corrections Policies "clearly" state that all
institutions have a "Non−denominational Chaplain" that is to provide coun-
seling and assistance, in a fair and equal manner, to all religious groups
and individuals. However, ti is very clear that Chaplain Roy Smith and
Warden Cheryl Price have, in the past, but most importantly, continues to
defy this Legal Right that has been afforded to us (NOI) and afforded to
every other Religious Group by the State and Federal Courts!   Therefore,
the Nation of Islam (NOI) very respectfully request your intervention in
"correcting" these very serious violations which are prohibiting our 'reli-
gious freedom' of acknowledging God and our religious practices. Please
know, Sir, that all previous correspondences, that we have submitted, have
received "no response", henceforth limiting our recourses to you and ulti-
mately the Courts.

Commissioner Lovelace, we are thanking you in advance for your valuable time
and we appreciate your fair and sincere interest as it relates to issues re-
garding the Alabama Department of Corrections.


Very respectfully submitted:



CHARLES ICE, AIS# 159976          ORONDE ZEIGLER, AIS# 195790
(NOI) STUDY GROUP COORDINATOR     (NOI) STUDY GROUP ASSISTANT COORDINATOR


cc:

HONORABLE ANDREW REDD
ACLU/SPLC/SCHR
MINISTER ABDULLAH MUHAMMAD
MINISTER MAURICE MUHAMMAD
WARDEN CHERYL PRICE
CHAPLAIN ROY SMITH
(NOI) FILES


EXHIBIT  B

IN THE NAME OF ALLAH (GOD), THE BENEFICENT, THE MERCIFUL.

MARCH 26, 2004

TO:     HONORABLE CHARLES M. CROOK, GENERAL COUNSEL
        ALABAMA DEPUTY ATTORNEY GENERAL

FROM:   THE NATION OF ISLAM (RELIGIOUS GROUP)
        BIBB COUNTY CORRECTIONAL FACILITY

RE:     RELIGIOUS COMPLAINT

        Honorable Counsel:

This letter is to inform you that our Religious Group, the Nation of Islam,
here, at Bibb, is being openly and overtly "denied" the Right to worship, observe,
or practice our religion, by prison officials, specifically, Chaplain Roy Smith
and Warden Cheryl Price.

Chaplain Roy Smith and Warden Cheryl Price have, both, "repeatedly" denied to
speak with us, or acknowledge or respond to our many Memorandums and Correspon-
dences to them. (SEE ENCLOSURES, DATED DECEMBER 7, 2003 & MARCH 20, 2004).

We are denied the Right to have "access to the prison Chapel", and we are denied
the Right and priviledges that are cordially rendered to Christian religious
groups, at this facility. We are denied Friday Worship Services; we are denied
to watch video-cassette sermons of our Religious and Spiritual Leader, Honorable
Minister Louis Farrakhan; and we are denied to have access to participate in our
Ministry and Spiritual Study Classes. Warden Price and Chaplain Smith are bla-
tantly defying Orders of the Federal Courts, as well as defying and ignoring
DEPARTMENT OF CORRECTIONS ADMINISTRATIVE REGULATIONS, regarding Religious Groups.

We are, simply, requesting to be afforded the following, which is a total of
five (5) hours in the Chapel per week:

    a)  Friday Worship Services in the Chapel ( One Hour)
    b)  Two Hours in the Chapel two (2) days/nights per week for (2) hours each,
        any day and any time (2 hours)
    c)  A total of Five (5) Hours, per week, to adequately practice and observe
        our Religion.

The only time our Religious Group, the Nation of Islam, is allowed in the Chapel
is the 3rd Wednesday night of each month, from 5:30 PM - 7:30 PM, and, often
times, we are harassed, delayed and even denied access to the Chapel on this
one day. Honorable Counsel, we are not requesting anything un-usual or that
does not already exist - - - our religious groups at Draper, Staton, Easterling,
Ventress, Bullock and other facilities are all being allowed "access to the
Chapel" for our Services, and watching video-cassettes of our Minister.
As the record will reflect we have, very patiently, attempted to give this Ad-
ministration adequate time to resolve or address this issue, but to no avail!
Therefore, we are writing, to you, as our last recorse, prior to seeking Relief
through Civil litigation in the Federal Courts. Thanking you in advance for
your kind assistance in resolving this very serious and on-going issue.

Very respectfully:    Oronde K. Zeigler #195799, NOI Study Group Coordinator

                      Anthony Burton #136983, NOI Secretary

cc: MR. GREG LOVELACE/U.S. DEPARTMENT OF Justice/MIN. RAY MUHAMMAD/WARDEN/CHAPLIN

*EXHIBIT* __C__

IN THE NAME OF ALLAH (GOD), THE BENEFICENT, THE MERCIFUL.

APRIL 20, 2004

TO:       HONORABLE CHARLES M. CROOK, GENERAL COUNSEL
          ALABAMA  DEPUTY  ATTORNEY  GENERAL

FROM:     THE NATION OF ISLAM (RELIGIOUS GROUP)
          BIBB COUNTY CORRECTIONAL FACILITY

RE:       RELIGIOUS COMPLAINT (NUMBER 2)

          Dear Honorable Counsel:

Thank you for your letter, dated April 5 , 2004, and your interest in the en-
surance departmental policies are being fairly and properly adhered to, by all.

Very unfortunately, you are being provided with "false and erroneous" infor-
mation as it relates to our allegations, regarding (NOI) religious complaints.
In spite of the (NOI) submitting four (4), documented, Complaints and Requests
to Warden Cheryl Price, regarding the 'continued violations of our    Civil
Rights - - - none of the Complaints have received a response from Warden Price.

On April 9, 2004, at approximately 12' Noon, members of the (NOI) were attempt-
ing to proceed to conduct our worship services, on the outside yard, but we were
bluntly stopped  by Sergeant M. Wormly (Shift Commander), who would not allow
us to proceed to our services.  Even after I allowed Sergeant Wormly to read the
letter you had written, he (Wormly) stated: (Quote) "I don't care how many Com-
plaints ya'll file, and ya'll can put my name on all of them". (Unquote) Ser-
geant Wormly further stated that the (NOI) is not listed on the Chapel Calender
and he ordered us  to go back to our dorms.  Approximately 1:00 PM, I, Anthony
Burton, saw Captain Freeman near A-Dorm, and I explained, to him, that the (NOI)
was not being given "access to the Chapel" to conduct our services, neither were
we allowed to worship and conduct our services outside!  Captain Freeman called
Sergeant Wormly, via two-way-radio, and he (Wormly) informed the Captain that
Chaplain Roy Smith advised him that the (NOI) and the Sunnah Islamic Community
are to conduct their services "jointly" (together) in the Chapel.

Mr. Counsel, this is not correct, nor is it in accordance to regulations.  The
(NOI), the Sunnah Community, the Five-Percent Nations of Gods, and the Moorish
Science Temple of America - - - are all "seperate and different" religious
groups with different practices, principles, ideologies and traditions of ser-
vices - - - yet, we are all of  the Islamic Faith.  At every facility, in this
state, each Islamic group have seperate services, classes and times in the Chapel.
Just as Catholic's, Jehovah Witnesses and Baptist's are all  of the Christian
faith - - - each have "seperate and individual services!  Why Not us?

In conclusion, it makes no sense for us to be forced to constantly write for
your intervention in trivia matters that others are paid, well, to resolve!  Also,
as you advised, we submitted a Request for the Religious Form, but received no
response.  As the record will reflect, we (NOI) have, in a good-faith effort,
very patiently, for almost six (6) months, attempted to work to resolve this
on-going issue of us "being denied, the Right, to properly and adequately

*EXHIBIT   D*

LETTER TO COUNCEL CROOK

APRIL 20, 2004

PAGE II

practice our faith and worship God"; and we are being "denied access    a place to do so"! These Rights have been afforded to us through congress, through state and federal court rulings, and through departmental ADMINISTRATIVE REGU-LATIONS! Therefore, there should be, absolutely, no need for us to be wasting your time and ours, regarding a matter that has already been decisively ruled upon; however this ruling is not being acknowledged or followed, by prison of-ficials, here; but, instead, is being deliberately disregarded and ignored! Why is it, Sir, that the (NOI) can conduct their Worship Services, Study  roup Ministry Classes, and watch video-cassette tapes of our Spiritual Leader, Honorable Minister Louis Farrakhan, at every other Alabama Correctional Facility and under every other "non-demoninational Chaplain" and Warden - - - but not at Bibb?

We believe that this is discrimination, selective treatment, and an overt vio-lation of our Civil Rights. As you suggested, in your letter, we have request-ed a "Religious Assistance Form", but have received no response.  Also, Commis-sioner's Donal Campbell and Greg Lovelace have, also, failed to respond to re-peated Religious Complaints and letters, by us. Therefore, we have no choice but to pursue justice and fairness through other appropiate and meaningful chan-nels.  Also, you mentioned plans are being considered for a new chapel to be built here and that is great.  However, Sir, please know, "space is not the problem--accessibility is the problem! There are absolutely no activities being conduct-ed in the chapel on Saturday and other days (SEE ENCLOSURE).  Why can't we have two (2) hours, each, on two (2) seperate days to conduct our ministry? Or, al-low us to use the "multi-purpose" Visitation Room, for our services, as is done at Easterling, Ventress, Staton and other facilities?

Our goal is to resolve this matter as quickly and as easy as possible; all we would like to do is have at least five (5) hours, per week, to conduct our religious affirs and approval to watch our video-cassette tapes of our spiritual leader.

Thank you for your kindness and thank you for your desire and interest in justice and fairness within this department.

Very respectfully:

Anthony  Burton, # 136983
(NOI) Secretary

Oronde K. Zeigler, # 195799
(NOI) Study Group Coordinator

Enclosure (Chapel Monthly Calender)

cc:
HONORABLE TIMOTHY MUNSON, U.S. JUSTICE DEPARTMENT
HONORABLE TROY KING, ATTORNEY GENERAL
COMMISSIONER DONAL CAMPBELL
WARDEN CHERYL PRICE
AMERICAN CIVIL LIBERTIES UNION
MINISTER RAY MUHAMMAD
(NOI)  FILE

EXHIBIT D



# WHAT'S HAPPENING



Cheryl Price, Warden III
DeWayne Estes, Warden II

HEART AWA~
4/
BLACK HERITA~ ~ONT

### Library Schedule

| | |
|---|---|
| Saturday | A Dorm |
| Sunday | Clerks/Inventory |
| Monday | B Dorm |
| Tuesday | C Dorm |
| Wednesday | D Dorm |
| Thursday | E Dorm |
| Friday | F Dorm |

### Classification Specialists

| | |
|---|---|
| Mr. Crum | A-E |
| Ms. Brown | F-J |
| Ms. Howard | K-Q |
| Mr. Guffey | R-Z |



### Bibb's Theater

We are showing a movie on Friday and Saturday night each week. Movies begin at 7:00 p.m. Turn your Television to Channel 3 and enjoy the show.

### Movie Schedule

#### February

Scarface

Underworld

Once Upon a Time in Mexico

Out of Time

Open Range

## Visitation schedule

### FEBRUARY

| | |
|---|---|
| February 07 | A-F |
| February 08 | G-L |
| February 14 | M-R |
| February 15 | S-Z |
| February 21 | A-F |
| February 22 | G-L |
| February 28 | M-R |
| February 29 | S-Z |

### MARCH

| | |
|---|---|
| | A-F |
| March 6 | G-L |
| March 7 | M-R |
| March 13 | S-Z |
| March 14 | A-F |
| March 20 | G-L |
| March 21 | M-R |
| March 27 | S-Z |
| March 28 | |

---

### NOTICE

**CEASE AND DESIST USING PRESSURE WASHER IMMEDIATELY!**

It is knocking the tiles off. Resort to elbow grease as required.
Warden Price

---

### ATTENTION POPULATION

**Effective IMMEDIATELY, radios/headsets are no longer allowed in any place other than in your dormitory; while on the large exercise yard; or yard call in front of your dormitory. You will no longer be allowed to have radios in the store line; dining facility; work sites; or classification; and etc.**

**Warden Estes**

---

### _SYSTEM WIDE POLICY ALL INMATE POPULATION_

The Alabama Department of Corrections **(ADOC)** has adopted a system wide policy to ban all publications which display any nudity (showing female breast(s) or genitalia, and/or male genitalia) or where a publication contains information or material which is a direct threat to security or containing information relating to security threat group activities.

Any inmate found to be in possession of such material after December 17, 2003 will subject the inmate to disciplinary action.

Cheryl Price, Warden III

---

### NOTICE TO ALL INMATES

ALL INMATES' TENNIS SHOES MUST BE ALL WHITE. THOSE NOT MEETING THE REQUIREMENTS MUST BE SENT HOME.

Warden Estes

---

### HOBBY CRAFTS

Inmates must have a request slip signed by the Shift Commander prior to bringing any hobby craft to the visitation yard.

Tuesday, February 10, 2004



EXHIBIT ___ E



# WHAT'S HAPPENING

 

**Cheryl Price, Warden III**
**DeWayne Estes, Warden II**

## Library Schedule

| | |
|---|---|
| Saturday | A Dorm |
| Sunday | Clerks/Inventory |
| Monday | B Dorm |
| Tuesday | C Dorm |
| Wednesday | D Dorm |
| Thursday | E Dorm |
| Friday | F Dorm |

## Classification Specialists

| | |
|---|---|
| Mr. Crum | A-E |
| Ms. Brown | F-J |
| Ms. Howard | K-Q |
| Mr. Guffey | R-Z |



## Bibb's Theater

We are showing a movie on Friday and Saturday night each week. Movies begin at 7:00 p.m. Turn your Television to Channel 3 and enjoy the show.

## Movie Schedule

**MAY**
Kill Bill Volume 1
The Last Sumurai
Matrix Revolutions
Honey
Radio

**JUNE**
Scary Movie III
Torque
Gothika
Dracula 2000
Pay Check

## Visitation schedule

MAY –

| | |
|---|---|
| May 15 | A-F |
| May 16 | G-L |
| May 22 | M-R |
| May 23 | S-Z |
| May 29 | A-F |
| May 30 | G-L |
| | |
| June 5 | M-R |
| June 6 | S-Z |
| June 12 | A-F |
| June 13 | G-L |

## ATTENTION POPULATION

Effective **IMMEDIATELY,** radios/headsets are no longer allowed in any place other than in your dormitory; while on the large exercise yard; or yard call in front of your dormitory. You will no longer be allowed to have radios in the store line; dining facility; work sites; or classification; and etc. Warden Estes

## THE LIFE PLAN SEMINAR

This is a seminar offered by Prison Fellowship to those inmates who have made paroles or will soon E.O.S. This one-day workshop provides a number of goal setting exercises which will benefit prisoners and ex prisoners prepare to reenter the free world and stay out of prison. Please send a request to Chaplain Smith to be placed in the next class on Monday, June, 2004.

## SYSTEM WIDE POLICY
## ALL INMATE POPULATION

The Alabama Department of Corrections **(ADOC)** has adopted a system wide policy to ban all publications which display any nudity (showing female breast(s) or genitalia, and/or male genitalia) or where a publication contains information or material which is a direct threat to security or containing information relating to security threat group activities.

Any inmate found to be in possession of such material after December 17, 2003 will subject the inmate to disciplinary action.

Cheryl Price, Warden III

## NOTICE

**CEASE AND DESIST USING PRESSURE WASHER IMMEDIATELY!**
It is knocking the tiles off. Resort to elbow grease as required. Warden Price

## ATTENTION INMATES
Any inmate wanting to correspond with an inmate that is in your immediate family and is at another institution should direct your request to the Captain.

**Friday, May 28, 2004**

EXHIBIT F

# WHAT'S HAPPENING





**Cheryl Price, Warden III**
**DeWayne Estes, Warden II**

### Library Schedule

| | |
|---|---|
| Saturday | A Dorm |
| Sunday | Clerks/Inventory |
| Monday | B Dorm |
| Tuesday | C Dorm |
| Wednesday | D Dorm |
| Thursday | E Dorm |
| Friday | F Dorm |

### Classification Specialists
### Effective June 4, 2004

| | |
|---|---|
| Mr. Crum | A-E |
| Ms. Brown | F-J |
| Ms. Howard | K-Q |
| Ms Evans | R/Seg |
| | S-Z |

### Bibb's Theater

We are showing a movie on Friday and Saturday night each week. Movies begin at 7:00 p.m. Turn your Television to Channel 3 and enjoy the show.

### Movie Schedule

**JULY**
**Barbershop 2**
**Tupac: Resurrection**
**Tuskegee Airmen**
**My Baby's Daddy**

**AUGUST**
**Bad Santa**
**Human Stain**
**Empire**
**Mystic Rover**
**Secretary**

## Visitation Schedule

| JULY - AUGUST | |
|---|---|
| July 31 | M-R |
| August 1 | S-Z |
| August 7 | A-F |
| August 8 | G-L |
| August 14 | M-R |
| August 15 | S-Z |
| August 21 | A-F |
| August 22 | G-L |
| August 28 | M-R |
| August 29 | S-Z |

### ATTENTION POPULATION

Effective **IMMEDIATELY**, radios/headsets are no longer allowed in any place other than in your dormitory; while on the large exercise yard; or yard call in front of your dormitory. You will no longer be allowed to have radios in the store line; dining facility; work sites; or classification; and etc.
**Warden Estes**

### NOTICE

WHEN INMATES EXIT THEIR LIVING AREAS, THEY ARE TO BE FULLY DRESSED AND IN COMPLIANCE WITH DOC CLOTHING POLICY (i.e., shirt tails tucked in and pants up around waist).
EXCEPTION TO ABOVE IS WHEN INMATES ARE PARTICIPATING IN SPORTING EVENTS (participating, not spectators).
ALSO INMATES MUST BE CLEAN-SHAVEN OR IN COMPLIANCE WITH SHAVING PROFILE (which is physically in their possession), AND HAVE AN AUTHORIZED HAIRCUT.
Warden Estes

### SYSTEM WIDE POLICY
### ALL INMATE POPULATION

The Alabama Department of Corrections **(ADOC)** has adopted a system wide policy to ban all publications which display any nudity (showing female breast(s) or genitalia, and/or male genitalia) or where a publication contains information or material which is a direct threat to security or containing information relating to security threat group activities.

Any inmate found to be in possession of such material after December 17, 2003 will subject the inmate to disciplinary action.

Cheryl Price, Warden III

### NOTICE

### CEASE AND DESIST USING PRESSURE WASHER IMMEDIATELY!

It is knocking the tiles off. Resort to elbow grease as required.
Warden Price

### ATTENTION INMATES
Any inmate wanting to correspond with an inmate that is in your immediate family and is at another institution should direct your request to the Captain.

**Thursday, July 29, 2004**

**EXHIBIT ___ G**

